UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61214-DAMIAN/Valle

MATTHEW ELLIS, an individual,

    Plaintiff,
v.

MEDICAL AIR SERVICES ASSOCIATION,
INC., a Foreign Profit Corporation,

    Defendant.
_____/

## SCHEDULING ORDER

This Cause is before the Court on the parties' Joint Scheduling Report pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b).  After considering the Scheduling Report and the factors included in Local Rule 16.1, it is hereby ORDERED AND ADJUDGED as follows:

1.    **Case Management Track**: Pursuant to Local Rule 16.1(a)(2), this matter is assigned to "Standard Track," given the complexity of the case, number of parties, volume of evidence, and time estimated by the parties for discovery.

2.    **Discovery Schedule**: All fact and expert discovery shall be completed by May 30, 2025.  The parties shall otherwise abide by the timetable and deadlines set forth in their Joint Scheduling Report.

3.    **Time to Join or Amend:**  The parties shall join additional parties or amend any pleadings (or move to amend) on or before September 30, 2024.

4.    **Filing Pretrial Motions:**  All pretrial motions, including motions for summary judgment, shall be filed on or before July 31, 2025.  All pretrial motions shall be resolved by the

Court by two weeks prior to the deadline for any pretrial stipulations, witness and exhibit lists, or related pretrial filings.

     5.    **Final Pretrial Conference:**  A final pretrial conference is set for _____, 202\_, at \_\_\_:\_\_\_ \_\_.m.  The parties shall file no later than five days prior to the Conference a Joint Pretrial Stipulation pursuant to S.D. Fla. L.R. 16.1.E.

     6.    **Trial:**  This matter is set for the two-week trial period beginning _____, 2025 unless modified by further order of the Court.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of _____, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record