UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61214-CIV-DAMIAN/Valle

**MATTHEW ELLIS**,

    Plaintiff,

v.

**MEDICAL AIR SERVICES ASSOCIATION, INC.**,

    Defendant.

_____/

**ORDER FOLLOWING STATUS CONFERENCE
AND REFERRING CASE FOR SETTLEMENT CONFERENCE**

**THIS CAUSE** is before the Court following a Status Conference held on August 21, 2024, at which the parties appeared through counsel. [ECF No. 14]. For the reasons stated on the record at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** that this matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Alicia O. Valle. The parties shall await further instructions from Judge Valle's Chambers concerning the scheduling of the settlement conference. The settlement conference shall be held by October 31, 2024. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within seven (7) days of the conference.

Although this written Order is executed this 26th day of August 2024, the Court announced its rulings on the record at the Status Conference held August 21, 2024, and, thus, this Order is effective as of August 21, 2024.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers at the Southern District of Florida this 26th day of August, 2024.

> MELISSA DAMIAN
> UNITED STATES DISTRICT JUDGE

cc: Counsel of record