UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-61214-DAMIAN/VALLE

MATTHEW ELLIS,

    Plaintiff,

v.

MEDICAL AIR SERVICES
ASSOCIATION, INC., a Foreign
Profit Corporation,

    Defendant.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

THIS CAUSE is before the Court upon United States District Judge Melissa Damian's Order referring the case to the undersigned for a Settlement Conference. *See* (ECF No. 19).

Accordingly, although referred for a conference to be held by October 31, 2024, a Settlement Conference will be held on **Thursday, November 21, 2024, at 2:00 p.m**. to accommodate the Court and the parties' availability. The Settlement Conference will be conducted telephonically via Zoom. Shortly before the Settlement Conference, all parties shall call (646) 828-7666 and, when prompted, enter Meeting ID 161 132 7633 and Passcode 61214. **ALL PARTIES MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION**. The undersigned has reserved three hours for the Settlement Conference. The parties must ensure that they have an uninterrupted and clear connection to the telephonic Zoom platform to facilitate their full participation for the duration of the private settlement conference.

By **Thursday, November 14, 2024**, each party shall email (not file) a Confidential Settlement Conference Statement to Judge Valle (at valle@flsd.uscourts.gov). Each Statement

shall include a summary of: (i) the claims and defenses; (ii) any prior settlement discussions/offer; and (iii) any matters relevant to the efficient resolution of this case.  Further, each Statement must not exceed five, double-spaced pages, in 12-point font.

    **DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on September 16, 2024.

                                                  ALICIA O. VALLE
                                                  UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Melissa Damian
     All Counsel of Record